Nicholas J. Henderson
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

Proposed Attorneys for Debtor
Mark E. Delong

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARK E. DELONG,<br><br>            Debtor. | No. 17-34395-11<br><br>CERTIFICATE OF SERVICE |

I hereby declare, under penalty of perjury, that on Tuesday, November 28, 2017, I served upon the United States Trustee, via First Class U.S. Mail, postage prepaid, a true and correct copy of 1) the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and 2) self-adhesive labels with the name and service address for the debtor and the debtor's attorney, at the address set forth below:

Office of the United States Trustee
620 SW Main St., Rm 213
Portland, OR 97205

Dated: November 28, 2017.    /s/ Christopher Sturgeon
                                              Christopher Sturgeon
                                              Employee of Motschenbacher & Blattner, LLP

PAGE  1  -  CERTIFICATE OF SERVICE

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-34395-pcm11    Doc 7    Filed 11/28/17