Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

MARK E. DELONG,

          Debtor.

Case No. 17-34395-pcm11

ORDER GRANTING DEBTOR'S MOTION TO CONSOLIDATE REPORTING PERIODS FOR DEBTOR'S INITIAL MONTHLY OPERATING REPORT

THIS MATTER having come before the Court on Debtor's Motion to Consolidate Reporting Periods for Debtor's Initial Monthly Operating Report, and the Court having duly considered the matter and finding good cause; NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1)     the Debtor's Motion is GRANTED;

2)     the Debtor shall file his initial monthly operating report on or before January 21, 2018; and

Page 1 of 2 – ORDER GRANTING MOTION TO CONSOLIDATE REPORTING PERIODS FOR INITIAL MONTHLY OPERATING REPORT

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

3) The initial report shall include the time period from the Petition Date through December 31, 2017.

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0508
E-mail: nhenderson@portlaw.com
Attorneys for Debtor

cc: List of Interested Parties

Page 2 of 2 – ORDER GRANTING MOTION TO CONSOLIDATE REPORTING PERIODS FOR INITIAL MONTHLY OPERATING REPORT

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 17-34395-pcm11    Doc 16    Filed 12/04/17