Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARK E. DELONG,<br><br>Debtor. | Case No. 17-34395-pcm11<br><br>ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE MANAGEMENT DOCUMENTS |

THIS MATTER having come before the Court on Debtor's Motion to Extend Time to File Case Management Documents [Dkt. #25], and the Court having duly considered the matter and finding good cause; NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

1) the Debtor's Motion is GRANTED;

2) the Debtor shall file case management documents on or before January 2, 2018.

/ / / / /

/ / / / /

{00031686:1}
Page 1 of 2 – ORDER GRANTING MOTION TO EXTEND TIME TO FILE CASE MANAGEMENT DOCUMENTS

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

# # #

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB #074027
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0508
E-mail: nhenderson@portlaw.com
Attorneys for Debtor

{00031686:1}
Page 2 of 2 – ORDER GRANTING MOTION TO EXTEND TIME TO FILE
CASE MANAGEMENT DOCUMENTS

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 17-34395-pcm11    Doc 27    Filed 01/02/18