Nicholas J. Henderson
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: (503) 417-0500
Facsimile: (503) 417-0501

Attorneys for Debtor
Mark E. Delong

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARK E. DELONG,<br><br>Debtor. | No. 17-34395-pcm11<br><br>CERTIFICATE OF SERVICE |

I hereby declare, under penalty of perjury, that on Friday, January 5, 2018, I served upon Oregon Department of Revenue, via First Class U.S. Mail, postage prepaid, a true and correct copy of the Order Granting Debtor's Motion to Extend Time to File Case Management Documents [Dkt. #28], at the address set forth below:

> ODR Bkcy
> 955 Center St NE
> Salem, OR 97301-2555

Dated: January 5, 2018.                    /s/ Christopher Sturgeon
                                           Christopher Sturgeon
                                           Employee of Motschenbacher & Blattner, LLP

PAGE 1 - CERTIFICATE OF SERVICE

Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-34395-pcm11    Doc 36    Filed 01/05/18