Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Mark E. Delong,<br><br>Debtor. | Case No. 17-34395-pcm11<br><br>**ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED BANKRUPTCY DOCUMENTS, (iii) FILE TAX RETURNS, AND (iii) PROVIDE DOCUMENTS TO THE UNITED STATES TRUSTEE** |

Following a hearing on January 5, 2018, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

IT IS HEREBY ORDERED that:

1. The deadline for the debtor to file a disclosure statement and plan of reorganization is March 28, 2018.

2. On or before January 19, 2018, the debtor shall:

   a. File all appropriate amended schedules, statements, and other bankruptcy documents; and

   b. Provide the following to the United States Trustee:

**Page 1 of 3 – ORDER SETTING DEADLINES**

i. Detailed documentation showing the extent and type(s) of property and liability insurance covering all real property in which the debtor holds legal and/or equitable interest, including without limitation, all summaries of insurance and the insurance policy contracts/agreements;

   ii. Property tax statements for the current tax year, showing the total taxes assessed and payment due dates, concerning all real property in which the debtor holds legal and/or equitable interest; and

   iii. Documentation showing the status of payment of property taxes specified in paragraph 2.b.ii. above.

3. On or before March 6, 2018, the debtor shall:

   a. File all required federal and state tax returns, including without limitation the personal federal and state tax returns for 2016.

# # #

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B) and that all responding parties have affirmatively approved the form of this order.

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Sonia L. Zaheer
Sonia L. Zaheer, CSB # 311713
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7654
Email:  sonia.zaheer@usdoj.gov

///

///

**Page 2 of 3 – ORDER SETTING DEADLINES**

Copy to:

Mark E. Delong
2090 7th Ave. W.
Vale, OR 97918

**Page 3 of 3 – ORDER SETTING DEADLINES**