```
                        United States Bankruptcy Court
                             District of Oregon
```

In re:                                                      Case No. 17-34395-pcm
Mark E. Delong                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0979-3          User: Admin.            Page 1 of 1              Date Rcvd: Jan 11, 2018
                              Form ID: pdf018         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2018.
db             +Mark E. Delong,    2090 7th Ave. W.,    Vale, OR 97918-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2018 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re<br><br>Mark E. Delong,<br><br><br>Debtor. | Case No. 17-34395-pcm11<br><br>**ORDER SETTING DEADLINES TO (i) FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION, (ii) FILE AMENDED BANKRUPTCY DOCUMENTS, (iii) FILE TAX RETURNS, AND (iii) PROVIDE DOCUMENTS TO THE UNITED STATES TRUSTEE** |

    Following a hearing on January 5, 2018, the Court, having reviewed the file and considered the representations of the parties; now, therefore,

    IT IS HEREBY ORDERED that:

1. The deadline for the debtor to file a disclosure statement and plan of reorganization is March 28, 2018.

2. On or before January 19, 2018, the debtor shall:

    a. File all appropriate amended schedules, statements, and other bankruptcy documents; and

    b. Provide the following to the United States Trustee:

**Page 1 of 3 – ORDER SETTING DEADLINES**

    i. Detailed documentation showing the extent and type(s) of property and liability insurance covering all real property in which the debtor holds legal and/or equitable interest, including without limitation, all summaries of insurance and the insurance policy contracts/agreements;

    ii. Property tax statements for the current tax year, showing the total taxes assessed and payment due dates, concerning all real property in which the debtor holds legal and/or equitable interest; and

    iii. Documentation showing the status of payment of property taxes specified in paragraph 2.b.ii. above.

3. On or before March 6, 2018, the debtor shall:

  a. File all required federal and state tax returns, including without limitation the personal federal and state tax returns for 2016.

# # #

I hereby certify that I have complied with the requirements of LBR 9021-1(a)(2)(B) and that all responding parties have affirmatively approved the form of this order.

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Sonia L. Zaheer
Sonia L. Zaheer, CSB # 311713
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7654
Email: sonia.zaheer@usdoj.gov

///

///

**Page 2 of 3 – ORDER SETTING DEADLINES**

Copy to:

Mark E. Delong
2090 7th Ave. W.
Vale, OR 97918

**Page 3 of 3 – ORDER SETTING DEADLINES**