| | | |
|---|---|---|
| 10/15/2018 | MONDAY | Judge Trish M Brown |
| 1:30 PM 18-33183 tmb 11 bk | Colonial Oaks Mobile Home Park, LLC | |

**Notice of Final Hearing and Motion For Authority to Use Cash Collateral i /i . Filed by Debtor Colonial Oaks Mobile Home Park, LLC Hearing Scheduled for 10/15/2018 at 01:30 PM in/by Courtroom #4, Portland. (HENDERSON, NICHOLAS) (28)**

Colonial Oaks Mobile Home Park,   NICHOLAS J HENDERSON

**Motion for Continuation of Utility Service i /i Filed by Debtor Colonial Oaks Mobile Home Park, LLC (HENDERSON, NICHOLAS) (31)**

Colonial Oaks Mobile Home Park,   NICHOLAS J HENDERSON

Evidentiary Hearing:   Yes: ☐   No: ☒

Cash Collateral allowed - new budget needs to be attached
Utility Service motion allowed but order needs to be revised to include only the two utility services

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☒ /s/ N.J. Henderson

DOCKET ENTRY:

Run Date:   10/15/18

Case 18-33183-tmb11    Doc 43    Filed 10/15/18