**JOSEPH M. MEIER OSB #842962**
COSHO HUMPHREY, LLP
Counselors and Attorneys at Law
1501 S. TYRELL LANE
BOISE, ID 83706
PO Box 9518
Boise, ID 83707-9518
Telephone (208) 344-7811
Facsimile (208) 338-3290
**Email: jmeier@cosholaw.com**

Attorneys for Creditor, Bank of Eastern Oregon

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Mark E. Delong,<br><br>                  Debtors. | Case No. 17-34395-pcm11<br><br>Chapter 11 |

**DISCLOSURE OF EXHIBITS**

      COMES NOW, Creditor, Bank of Eastern Oregon, through its attorneys of record, Cosho Humphrey, LLP, and hereby disclose the attached exhibit list for the hearing currently scheduled for February 27, 2018 at 10:00 a.m.

      DATED this __16th__ day of February, 2018

                                       COSHO HUMPHREY, LLP

                                     /s/ Joseph M. Meier
                                     JOSEPH M. MEIER
                                     Attorneys for Bank of Eastern Oregon

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___16th___ day of February, 2018, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

DAVID B GRAY on behalf of Creditor   Deere & Company
david@davegraylaw.com,  dgrayattorney@gmail.com

NICHOLAS J HENDERSON on behalf of Debtor Mark E. Delong nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com

TROY  SEXTON on behalf of Debtor Mark E. Delong tsexton@portlaw.com, nhenderson@portlaw.com,csturgeon@portlaw.com,mmyers@portlaw.com,troy-sexton-4772@ecf.pacerpro.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

SONIA  ZAHEER on behalf of U.S. Trustee   US Trustee, Portland
sonia.zaheer@usdoj.gov


                                                /s/ Joseph M. Meier
                                                Joseph M. Meier

# BANKRUPTCY COURT
Exhibit List

**SUBMITTED BY:** Joseph M. Meier for Bank of Eastern Oregon

| | |
|---|---|
| **CASE NAME**: In re: Mark E. Delong | **COURT DATE:** 2/27/2018 at 10:00 am **CASE NUMBER**: 17-34395-pcm11 |
| **Debtor:** Mark E. Delong | **Creditor/Trustee:** Bank of Eastern Oregon |
| **Debtor's Counsel**: Nicholas J. Henderson | **Counsel**: Joseph M. Meier |
| **Exhibit Nos.** _____ | **Exhibit Nos.** A to R |
| **PRESIDING JUDGE:** Peter C. McKittrick | **Matter before the Court:** Motion for Relief from Stay |

| EXHIBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| A | | | Promissory Note Loan No. ending 8512 |
| B | | | Promissory Note Loan No. ending 8579 |
| C | | | Promissory Note Loan No. ending 8546 |
| D | | | Forbearance Agreement |
| E | | | Deed of Trust Recorder No. 2013-5383 |
| F | | | Deed of Trust Recorder No. 2013-5384 |
| G | | | Line of Credit Instrument Recorder No. 2013-5385 |
| H | | | Line of Credit Instrument Recorder No. 2004-7992 |
| I | | | Agricultural Security Agreement Loan No. ending 8579 |
| J | | | Farm Products Financing Statement |
| K | | | Property Description |
| L | | | Schedules (Docket No. 22) |
| M | | | Statement of Financial Affairs (Docket No. 22) |
| N | | | Debtor's Statement in Advance of Case Management Conference (29) |
| O | | | Amended Schedules A/B (Docket No. 47) |
| P | | | Amended Schedule D and G (Docket No. 48) |
| Q | | | Bank of Eastern Oregon Claim No. 2 (without attachments) |
| R | | | Northwest Farm Service, FLCA Claim No. 5 |