Below is an Order of the Court.

_____

PETER C. McKITTRICK
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARK E. DELONG,<br><br>              Debtor. | Case No. 17-34395-pcm11<br><br>ORDER ON MOTION FOR<br>RELIEF FROM STAY |

THIS MATTER having come before the Court for hearing on the motion of creditor

Bank of Eastern Oregon for relief from the automatic stay, (the "Motion") [Docket No. 30]); the

Court having reviewed the motion and related briefing, the testimony and exhibits admitted at

the hearing, as well as the arguments of counsel, and being otherwise duly advised; now,

therefore,

IT IS HEREBY ORDERED as follows:

1) The Motion is denied without prejudice;

2) The Debtor shall pay all real property taxes accruing after the Petition Date. To ensure

that these taxes are promptly paid, the Debtor shall deposit $750 per month into the trust account

Page 1 – ORDER ON MOTION FOR RELIEF FROM STAY

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

of Motschenbacher & Blattner, LLP beginning on or before March 30, 2018. The money so deposited shall be paid by that firm to Malheur County at regular intervals acceptable to the County on account of the Debtor's post-petition real property tax obligations which may come due. Debtor shall supplement such payments, if required, to timely pay all post petition tax obligations that come due with Malheur County.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(B). All responding parties have affirmatively approved the form of order.


Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy Sexton
Troy G. Sexton, OSB #115184
Telephone: 503-417-0500
E-mail: tsexton@portlaw.com
Of Attorneys for Debtor

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501