# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re )
**Mark E. Delong** ) Case No. **17–34395–pcm11**
Debtor(s) )
) **NOTICE OF TELEPHONE HEARING**
)
)

**NOTICE IS GIVEN** that:

1. A hearing, at which testimony will not be received, will be held via telephone on **3/28/18** at **10:00 AM,** to consider and act upon the following:

   **Application to Employ Judge Lang & Katers as Special Counsel Filed by Debtor Mark E. Delong (SEXTON, TROY)**

   **Call in Number: (888) 684–8852   Access Code: 1238244**

2. Any written submissions or objections should be filed no later than three business days before the hearing date with the Clerk of Court, 1001 SW 5th Ave #700, Portland, OR 97204, and a copy served on the debtor(s), any trustee, any chairperson of the unsecured creditor's committee, or their respective attorneys.

3. Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326–1500 or (541) 431–4000.]

   YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684–3763 or toll–free in Oregon at (800) 452–7636.
   **PLEASE NOTE: Hearing set to discuss whether Mahany Law is included in the Application for Employment, or need to file a separate application.**

## TELEPHONE HEARING REQUIREMENTS
Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:
   a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

   b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

   c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

   d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

   e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

   f. Whenever speaking, first identify yourself.

   g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

**THE UNDERSIGNED CERTIFIES** that on _____, copies of the above notice were served on the U.S. Trustee; the debtor(s), any trustee, any Chapter 11 Creditor Committee Chairperson and their respective attorneys; all creditors; and other interested parties.

_____   _____   _____
Signature                        Type or Print Signer's Name      Relation of Signer to the Case