Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 17-34395-pcm11 |
|---|---|
| MARK E. DELONG, | ORDER AUTHORIZING EMPLOYMENT OF JUDGE LANG AND KATERS, LLC AS SPECIAL COUNSEL TO DEBTOR |
| Debtor. | |

THIS MATTER having come before the Court on the application of the Debtor for an order authorizing him to employ Christopher Katers, Mahany Law and Judge Lang & Katers, LLC (collectively "Judge Lang & Katers, LLC") as special counsel to Debtor pursuant to Section 327(e) of the United States Bankruptcy Code (the "Code") and Bankruptcy Rule 2014; the Court having reviewed the motion and accompanying 2014 statement, and being otherwise duly advised; now, therefore,

IT IS HEREBY ORDERED as follows:

1) Debtor's Application to Employ Special Counsel is approved, and Debtor is authorized to employ Judge Lang & Katers, LLC as of the date of application as special counsel to Debtor regarding its adversary proceeding against the Bank of Eastern Oregon; and

Page 1 – ORDER AUTHORIZING EMPLOYMENT OF
SPECIAL COUNSEL TO DEBTOR

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

2) Notwithstanding anything to the contrary in Debtor's engagement agreement with Judge Lang & Katers, LLC, the Debtor shall not make any post-petition payments to Judge Lang and Katers, LLC, whether for a retainer, advance payment for costs associated with the adversary proceeding, or otherwise. The Debtor shall pay said attorneys for their services, and shall reimburse expenses incurred by said attorneys, after a separate motion is filed by the Debtor, with notice to all interested parties, and the entry of an order of the Court approving such fees and expenses, and the payment thereof, under 11 U.S.C § 330, LBR 2016-1, and other applicable provisions of the Bankruptcy Code and Local Bankruptcy Rules.

# # #

I certify that the United States Trustee informed me that it does not object to entry of this form of Order.

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Telephone: 503-417-0500
E-mail: nhenderson@portlaw.com
Of Attorneys for Debtor

**PARTIES TO SERVE**

**ECF Electronic Service:**
- NICHOLAS J HENDERSON    nhenderson@portlaw.com; tsexton@portlaw.com;atrauman@portlaw.com
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

**Service via First-Class Mail:**

None

Page 2 – ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL TO DEBTOR

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-34395-pcm11    Doc 87    Filed 03/29/18