In re _____ ) Case No. _____
)
) NOTICE OF MOTION FOR
) RELIEF FROM AUTOMATIC
) STAY IN A CHAPTER 11/12 CASE,
Debtor(s) ) AND OF HEARING THEREON

**YOU ARE NOTIFIED THAT**:

1. A motion was filed by _____ for relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 USC §362.

2. The name and address of the moving party's attorney (or moving party, if no attorney) are:

3. If you wish to resist the motion you must, within 14 days of the service date shown below, file a written response with the Clerk of the Bankruptcy Court and, if served in paper, a certificate showing a copy of the response has been served on the moving party's attorney.

4. Contents of Response. A response must state the facts upon which relief from the automatic stay is resisted. See Local Form 720.50 for details.

5. **If you file a timely Response**:

   A Hearing on the motion will be held as follows:

   **Date:** _____ **Time:** _____

   **Location**: ☐ Courtroom # _____, _____

   ☐ Telephone Hearing [**NOTE**: See LBF 888, Telephone Hearing Requirements]
   **Call In Number:** (888) 684-8852
   **Access Code:** ☐ 4950985 for Judge Trish M. Brown (tmb)
   ☐ 5870400 for Judge David W. Hercher (dwh)
   ☐ 1238244 for Judge Peter C. McKittrick (pcm)
   ☐ 3388495 for Judge Thomas M. Renn (tmr)
   ☐ Other _____

   NO TESTIMONY will be taken at the hearing.

6. **If a timely response is not filed**, then either:

   a. The court may sign an ex parte order, submitted by the moving party, granting relief from the stay;

   or b. The stay will expire under the terms of 11 USC §362(e) 30 days after the motion was filed.

   CLERK, U.S. BANKRUPTCY COURT
   (If filing in paper and if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204. If it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401)

I certify that on _____ copies of (1) this Notice, (2) Local Form 720.50 if this Notice was served on paper, (3) Local Form 888 if this Notice was served on paper and a Telephone Hearing will be held, and (4) the Motion were served on the Debtor(s), U.S. Trustee, and on the following parties, if any: Trustee, Creditors' Committee Chairperson, and their respective attorneys.

_____
Signature of Moving Party or Attorney

1124 (8/28/17)

Bennett H. Goldstein, OSB No. 80239
1132 SW 19th Ave., No. 106
Portland, Oregon 97205
Telephone: (503) 294-0940
Telecopy: (503) 294-7918
Email: bhgoldatty@comcast.net

Attorney for Creditor Bank of Eastern Oregon

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>MARK E. DELONG,<br><br>　　　　　　　　　Debtor. | Case No. 17-34395-pcm11<br><br>**RENEWED MOTION OF BANK OF EASTERN OREGON FOR RELIEF FROM AUTOMATIC STAY** |

Bank of Eastern Oregon ("Bank"), a secured creditor of the Debtor, renews its motion for an order terminating, granting relief from or modifying the automatic stay imposed by 11 U.S.C. § 362(a).

The Bank relies on the reasons set forth in its previous filings herein, Doc # 30 and Doc # 46, on the record before the court established at the hearing held on February 27, 2018, and on the fact that the Debtor has failed to file a plan or disclosure statement within the time required.

Date: April 3, 2018.

/s/ Bennett H. Goldstein

Bennett H. Goldstein, OSB No. 80239
Attorney for Bank of Eastern Oregon

Page 1 – **RENEWED MOTION OF BANK OF EASTERN OREGON FOR RELIEF FROM AUTOMATIC STAY**

Bennett H.. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
TEL: (503) 294-0940 FAX: (503) 294-7918

Case 17-34395-pcm11    Doc 89    Filed 04/03/18

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION OF BANK OF EASTERN OREGON FOR RELIEF FROM AUTOMATIC STAY** on the following on April 3, 2018 via ECF, as more fully reflected on the Notice of Electronic Filing:

DAVID B GRAY on behalf of Creditor Deere & Company
david@davegraylaw.com, dgrayattorney@gmail.com

NICHOLAS J HENDERSON on behalf of Debtor Mark E. Delong nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com

TROY SEXTON on behalf of Debtor Mark E. Delong tsexton@portlaw.com, nhenderson@portlaw.com,csturgeon@portlaw.com,mmyers@portlaw.com,troy-sexton-4772@ecf.pacerpro.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

SONIA ZAHEER on behalf of U.S. Trustee US Trustee, Portland
sonia.zaheer@usdoj.gov

/s/ Bennett H. Goldstein

**Bennett H. Goldstein**, OSB #80239
E-mail: bhgoldatty@comcast.net
1132 SW 19th Ave., No. 106
Portland, OR 97205
Telephone: (503) 294-0940
Facsimile: (503) 294-7918

Attorney for Bank of Eastern Oregon

Page 2 – **RENEWED MOTION OF BANK OF EASTERN OREGON FOR RELIEF FROM AUTOMATIC STAY**

Bennett H.. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
TEL (503) 294-0940 FAX (503) 294-7918

Case 17-34395-pcm11    Doc 89    Filed 04/03/18