DISTRICT OF OREGON
F I L E D
April 06, 2018
Clerk, U.S. Bankruptcy Court

Below is an Order of the Court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re: | Case No. 17-34395-pcm11 |
|---|---|
| MARK E. DELONG, | ORDER REGARDING DEBTOR'S AMENDED MOTION TO EXTEND DEADLINES TO FILE A PLAN AND DISCLOSURE STATEMENT AND TO EXTEND THE EXCLUSIVITY PERIODS PURSUANT TO 11 USC § 1121(d) |
| Debtor. | |

THIS MATTER having come before the Court on Debtor's Amended Motion to Extend Deadlines to File a Plan and Disclosure Statement and to Extend the Exclusivity Periods Pursuant to 11 USC § 1121(d) [Dkt. #82]. The Court having duly considered the matter and the argument of counsel, and finding good cause; NOW, THEREFORE,

IT IS HEREBY ORDERED as follows:

{00031686:1}
Page 1 of 2 – ORDER RE DEBTOR'S MOTION TO EXTEND DEADLINES

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 17-34395-pcm11    Doc 93    Filed 04/06/18

1) the Debtor's Motion is GRANTED with respect to the court ordered deadline to file a plan and disclosure statement. The Debtor shall file his plan and disclosure statement no later than April 12, 2018.

2) the Debtor's Motion is DENIED with respect to extensions of the exclusivity periods specified in 11 USC § 1121(b) and (c).

### # # #

I certify that I have complied with LBR 9021-1(a)(2)(B). All responding parties have affirmatively approved the form of order.

Order Presented by:

MOTSCHENBACHER & BLATTNER, LLP

/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
117 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-417-0500
Facsimile: 503-417-0508
E-mail: tsexton@portlaw.com
Attorneys for Debtor

{00031686:1}
Page 2 of 2 – ORDER RE DEBTOR'S MOTION TO EXTEND DEADLINES

Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0508
Fax: (503) 417-0528

Case 17-34395-pcm11    Doc 93    Filed 04/06/18