NHDS (11/16/16) sfs

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 16, 2018

Clerk, U.S. Bankruptcy Court

BY **sfs** DEPUTY

In re
**Mark E. Delong**
Debtor(s)

) Case No. **17–34395–pcm11**
)
) NOTICE OF HEARING
) ON PROPOSED CHAPTER 11
) DISCLOSURE STATEMENT
)

**NOTICE IS GIVEN** that a **HEARING** pursuant to 11 USC §1125(b), at which testimony will not be received, **will be HELD** on: **6/5/18** at: **01:30 PM** in: **US Bankruptcy Court, Courtroom #1, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204**, to consider and possibly approve the proposed disclosure statement dated **4/12/18**. Creditors or other parties in interest who have filed a timely written objection may attend and have an opportunity to participate in any revision of the proposed disclosure statement before approval.

**NOTICE IS FURTHER GIVEN THAT:**

1. Objections to the proposed disclosure statement must be made in writing, setting forth the specific grounds and details of objection, and must be filed, no less than seven days before the date of the hearing set above, with the Clerk. Copies of any filed objections must be contemporaneously served on the proponent, entities required by Fed. Bankruptcy Rule 3017(a), and the following parties (if any): .

2. The proposed disclosure statement may be examined in the office of the Clerk, or by contacting the proponent whose name and mailing address are: **Nicholas J Henderson, Motschenbacher & Blattner, LLP, 117 SW Taylor Street, Suite 300, Portland, Oregon 97204**.

3. The debtor's address is 2090 7th Ave. W., Vale, OR 97918, and Taxpayer ID# (last 4 digits) is xxx–xx–3391.

4. Any objections to the claims filed more than 7 days after service of this notice shall not affect the amount of the allowed claim for the purpose of voting on, objecting to, determining creditor acceptance of, or otherwise determining whether to confirm the applicable plan, or any modifications thereto, referred to in this notice.

5. A claimant whose claim is subject to a pending objection and who desires its claim temporarily allowed for the purpose of accepting or rejecting a plan (Fed. Bankruptcy Rule 3018(a)) must, no later than 35 days after the "FILED" date above, file and serve appropriate copies of a detailed written motion for temporary claim allowance.

6. Following approval of a proposed disclosure statement, creditors will be sent copies of it, together with the proposed plan, and ballots for acceptance or rejection of the plan.

7. No later than **14** days after the "FILED" date above the proponent must both: (a) serve, as provided in Fed. Bankruptcy Rule 3017(a), a copy of this Notice, and the proposed plan and disclosure statement; and (b) complete and file the "Certificate of Service" below (without any attachments).

CLERK, U.S. BANKRUPTCY COURT
1001 SW 5th Ave #700
Portland, OR 97204

**CERTIFICATE OF SERVICE**

I certify that on _____ (a) copies of this Notice, and the proposed disclosure statement and corresponding plan, were served on the debtor(s), all creditors' committee members, U.S. Trustee, any trustee, the S.E.C. at the address provided on the Court's Internet site at www.orb.uscourts.gov, any party filing a written request for such copies, and their respective attorneys; and (b) a copy of this Notice was served on all other creditors and interested parties.

_____
Signature

_____
Name and Relation to Case