Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
Carla Gowen McClurg, OSB #165144
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (503) 326-7659
Email: carla.mcclurg@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| In re | Case No. 17-34395-pcm11 |
|---|---|
| Mark E. Delong, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Debtor. | |

Please be advised that, pursuant to LBR 9010-1(d), Carla Gowen McClurg, OSB #165144, hereby replaces Sonia L. Zaheer as counsel of record for Gregory M. Garvin, Acting United States Trustee for Region 18 (the "UST"). Notices and other documents in this matter for the UST should be directed to Carla Gowen McClurg (contact information listed above).

DATED this 3rd day of May, 2018.

GREGORY M. GARVIN
Acting United States Trustee for Region 18


/s/ Carla Gowen McClurg
CARLA GOWEN McCLURG, OSB #165144
Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I served a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** by electronic means on all parties on the electronic service list in this case by filing the foregoing document via ECF.

        GREGORY M. GARVIN
        Acting United States Trustee for Region 18

        /s/ Carla Gowen McClurg
        CARLA GOWEN McCLURG, OSB #165144
        Trial Attorney