Bennett H. Goldstein, OSB No. 80239
1132 SW 19th Ave., No. 106
Portland, Oregon 97205
Telephone: (503) 294-0940
Telecopy: (503) 294-7918
Email: bhgoldatty@comcast.net

Attorney for Creditor Bank of Eastern Oregon

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| In re | Case No. 17-34395-pcm11 |
|---|---|
| MARK E. DELONG, | **BANK OF EASTERN OREGON'S OBJECTION TO PROPOSED PLAN OF REORGANIZATION** |
| Debtor. | |

Bank of Eastern Oregon ("Bank"), a secured creditor of the Debtor, objects to the proposed plan of the Debtor, which is scheduled for a confirmation hearing on August 15, 2018 at 9:00 a.m.

The Bank's objection is based on the lack of feasibility of the proposed plan. The Bank relies on the specific facts and reasons set forth in its previous filings herein, Doc # 30 and Doc # 46, and on the record before the court established at the hearing held on February 27, 2018 and at subsequent hearings.

Date: July 16, 2018.

/s/ Bennett H. Goldstein
───────────────────────────
Bennett H. Goldstein, OSB No. 80239
Attorney for Bank of Eastern Oregon

Page 1 – **BANK OF EASTERN OREGON'S OBJECTION TO PROPOSED PLAN OF REORGANIZATION**

Bennett H.. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
TEL (503) 294-0940 FAX (503) 294-7918

Case 17-34395-pcm11    Doc 136    Filed 07/16/18

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **BANK OF EASTERN OREGON'S OBJECTION PROPOSED PLAN OF REORGANIZATION** on the following on July 16, 2018 via ECF, as more fully reflected on the Notice of Electronic Filing:

DAVID B GRAY on behalf of Creditor Deere & Company
david@davegraylaw.com, dgrayattorney@gmail.com

NICHOLAS J HENDERSON on behalf of Debtor Mark E. Delong nhenderson@portlaw.com, csturgeon@portlaw.com;tsexton@portlaw.com;atrauman@portlaw.com

TROY SEXTON on behalf of Debtor Mark E. Delong tsexton@portlaw.com, nhenderson@portlaw.com,csturgeon@portlaw.com,mmyers@portlaw.com,troy-sexton-4772@ecf.pacerpro.com

US Trustee, Portland
USTPRegion18.PL.ECF@usdoj.gov

SONIA ZAHEER on behalf of U.S. Trustee US Trustee, Portland
sonia.zaheer@usdoj.gov

Mark E. Delong, served via regular mail, 2090 7th Ave. West, Vale, OR 97918

/s/ Bennett H. Goldstein
_____
**Bennett H. Goldstein**, OSB #80239
E-mail: bhgoldatty@comcast.net
1132 SW 19th Ave., No. 106
Portland, OR 97205
Telephone: (503) 294-0940
Facsimile: (503) 294-7918

Attorney for Bank of Eastern Oregon

Page 2 – **BANK OF EASTERN OREGON'S OBJECTION TO PROPOSED PLAN OF REORGANIZATION**

Bennett H.. Goldstein, Attorney at Law
1132 SW 19th Avenue, No. 106
PORTLAND, OREGON 97205
EMAIL: bhgoldatty@comcast.net
TEL (503) 294-0940 FAX (503) 294-7918

Case 17-34395-pcm11    Doc 136    Filed 07/16/18