08/15/2018     WEDNESDAY     Judge Peter C. McKittrick

9:00 AM 17-34395 pcm 11 bk     Mark E. Delong

### Chapter 11 Plan Confirmation (98)

Mark E. Delong - db     NICHOLAS J HENDERSON

Bennett Goldstein - Bank of Eastern Oregon

**Evidentiary Hearing:**    Yes: ☐    No: ☒

Confirmation hearing reset to September 17, 2018 @ 1:30 in Courtroom #1.

Pretrial Conference in 18-3068 will be rescheduled to September 17, 2018 @ 1:30 in Courtroom #1.

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

AUG 15 2018

LODGED___ REC'D___
PAID___ DOCKETED___

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

**DOCKET ENTRY:** The deadlines set forth in Docket #127, Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan; and Notice of Confirmation Hearing are calculated based on Adjourned Confirmation date of September 17, 2018.

It is Hereby Ordered.

Run Date:    08/15/18