**8:45 AM 17-34395 pcm 11 bk**     **Mark E. Delong**

**Fourth Amended Disclosure Statement Filed by Debtor Mark E. Delong (144)**

| | |
|---|---|
| Mark E. Delong - db | TROY SEXTON |
| Bank of Eastern Oregon - cr | BENNETT H GOLDSTEIN |

Evidentiary Hearing:  Yes: ☐  No: ☑

- Fourth Amended Disclosure Statement will be withdrawn.
- Notice of First Amended Plan to be sent to all creditors by September 7, 2018.
- Creditors have until September 28, 2018 to file any ballots or change in their votes.
- Objections to the plan, ballot summary, report of administrative expenses due October 5, 2018.
- Confirmation Hearing set for October 17, 2018 at 1:30 p.m. in Courtroom #1.

Order to be prepared by: ☐ Clerk's Office ☐ Chambers ☐

DOCKET ENTRY:

Run Date: 09/05/18