Jonas V. Anderson, VA SB #78240
Acting Assistant United States Trustee
Kathryn Perkins, CSB #240149
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
620 SW Main Street, Room 213
Portland, OR 97205
Tel: (206) 553-2000 ext. 265
Email: kathryn.e.perkins@usdoj.gov

Attorneys for Gregory M. Garvin,
Acting United States Trustee for Region 18

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Mark E. Delong,<br><br>Debtor. | Case No. 17-34395-pcm11<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please be advised that, pursuant to LBR 9010-1(d), Kathryn E. Perkins, CSB #240149, hereby replaces Carla Gowen McClurg as counsel of record for Gregory M. Garvin, Acting United States Trustee for Region 18 (the "UST"). Notices and other documents in this matter for the UST should be directed to Kathryn E. Perkins (contact information listed above).

DATED this 19th day of November, 2018.

    GREGORY M. GARVIN
    Acting United States Trustee for Region 18


    /s/ Kathryn E. Perkins
    KATHRYN E. PERKINS, CSB #240149
    Trial Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I served a copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** by electronic means on all parties on the electronic service list in this case by filing the foregoing document via ECF.

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Michael Connolly