**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 11, 2018

Clerk, U.S. Bankruptcy Court

BY **sfs** DEPUTY

In re
**Mark E. Delong**
Debtor(s)

) Case No. **17−34395−pcm11**
)
)
) NOTICE OF
) TELEPHONE HEARING
)

**NOTICE IS GIVEN THAT:**

1. A **TELEPHONE HEARING,** at which testimony will not be received, will be held:

    **DATE:** 12/20/18  **TIME:** 09:00 AM  **RE:** Notice of Order Confirming Plan and Discharge Filed By Debtor Mark E. Delong (HENDERSON, NICHOLAS)
    **Call in Number: (888) 684−8852   Access Code: 1238244**

**PLEASE NOTE: Hearing set to discuss (1) compensation of special counsel Judge Lang and Christopher Katers; and (2)Attorney Fee Request of Deere and Company.**

2. Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326−1500 or (541) 431−4000.]

    YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684−3763 or toll−free in Oregon at (800) 452−7636.

**TELEPHONE HEARING REQUIREMENTS**

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

f. Whenever speaking, first identify yourself.

g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court