```
                          United States Bankruptcy Court
                                District of Oregon
In re:                                                      Case No. 17-34395-pcm
Mark E. Delong                                              Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0979-3          User: Admin.              Page 1 of 1      Date Rcvd: Dec 12, 2018
                              Form ID: NOHITH           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db         +Mark E. Delong,    2090 7th Ave. W.,    Vale, OR 97918-5028
aty        +CHRISTOPHER P KATERS,    8112 W Bluemound Rd #101,    Wauwatosa, WI 53213-3356

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

| | UNITED STATES BANKRUPTCY COURT<br>District of Oregon | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
|---|---|---|
| In re<br>**Mark E. Delong**<br>Debtor(s) | )<br>) Case No. **17−34395−pcm11**<br>)<br>)<br>) NOTICE OF<br>) TELEPHONE HEARING<br>) | December 11, 2018<br>Clerk, U.S. Bankruptcy Court<br>BY **sfs** DEPUTY |

**NOTICE IS GIVEN THAT:**

1. A **TELEPHONE HEARING,** at which testimony will not be received, will be held:

   **DATE:** 12/20/18  **TIME:** 09:00 AM   **RE:** Notice of Order Confirming Plan and Discharge Filed By Debtor Mark E. Delong (HENDERSON, NICHOLAS)
   **Call in Number: (888) 684−8852   Access Code: 1238244**

**PLEASE NOTE: Hearing set to discuss (1) compensation of special counsel Judge Lang and Christopher Katers; and (2)Attorney Fee Request of Deere and Company.**

2. Each participant must also comply with each hearing requirement listed below. [Note: If you have problems connecting, call the court at (503) 326−1500 or (541) 431−4000.]

   YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684−3763 or toll−free in Oregon at (800) 452−7636.

### TELEPHONE HEARING REQUIREMENTS

Participants **MUST COMPLY WITH EACH REQUIREMENT** listed below:

a. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than the hearing time above. The court will not call you.

b. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

c. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

d. When it is time for you to speak, take your phone off the "speaker" option to minimize background noise. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

e. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

f. Whenever speaking, first identify yourself.

g. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court