Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re            )
                 )   Case No. _____
                 )
                 )   ORDER AWARDING FINAL
                 )   COMPENSATION AND REIMBURSEMENT
Debtor(s)        )   TO PROFESSIONALS

    This matter came before the court on the applications for final allowance of compensation and reimbursement of expenses filed by the professionals identified in this order. The ATTACHED affidavit represents that a copy of the Notice of Order Confirming Chapter 11 Plan and Discharge on LBF #1190 was served on debtor, United States Trustee, creditors and other parties in interest and that any timely objection or request for hearing with respect to such applications has been resolved. It is therefore

**ORDERED** as follows:

    1. The following professionals are awarded the following amounts as administrative expenses under 11 USC §503(b) (which includes all previous interim allowances):

| Name | Fees | Expenses | Interim Payments/ Unapplied Retainers | Balance Due |
|---|---|---|---|---|
|   |   |   |   |   |

    2. Each such professional is authorized to apply retainers, if any, against such professional's claim for compensation and expense reimbursement to the extent such professional's application is approved by this order. Debtor (or the successor to the debtor under the plan) shall, unless otherwise agreed in writing by the professional, promptly pay the unpaid balance of the administrative expenses awarded by this order; provided that with respect to the attorney for the debtor (or successor to the debtor under the plan), such attorney shall deposit $2,500.00 of such payment in a trust account, which shall not be applied towards the balance of such attorney's administrative expense until a final report on LBF #1195 has been filed, and either no timely objections were filed or all objections were fully resolved.

1193 (6/15/05) **Page 1 of 2**         *** SEE NEXT PAGE ***

3. Reorganized debtor (or the successor to the debtor under the plan) may, from time to time and without further court order, compensate the following professionals at their regular hourly rates up to the following additional amounts for services performed or for costs and expenses incurred after the administrative expenses detailed in pt. 1 above in connection with this Chapter 11 case or in connection with the implementation of the plan:

<u>Name</u>                                                      <u>Fees & Expenses</u>

###

Presented by:

_____
                                                         (OSB # )
_____

_____
Attorney for _____

Nicholas J. Henderson, OSB#074027
nhenderson@portlaw.com
Troy G. Sexton, OSB#115184
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528
nhenderson@portlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>MARK E. DELONG,<br><br>              Debtor. | Case No. 17-34395-pcm11<br><br>DECLARATION OF NO OBJECTION |

I, Troy G. Sexton, declare the following:

    1.    I am one of the attorneys for the Debtor, and am authorized to make this declaration. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

    2.    On November 2, 2018, Motschenbacher & Blattner, LLP submitted its Application for Final Professional Compensation [Claim #11] (the "Application").

    3.    On December 5, 2018, Debtor filed a First Amended Notice of Order Confirming Plan and Discharge [ECF #184] (the "Notice") setting a 21-day response period for the Application.

Page 1 – DECLARATION OF NO OBJECTION
{00226665:1}

**Motschenbacher & Blattner, LLP**
117 SW Taylor St., Suite 300
Portland, OR 97204
Phone: (503) 417-0500
Fax: (503) 417-0501

Case 17-34395-pcm11    Doc 196    Filed 12/28/18

4. The response period for interested parties to file a request for hearing in response to the Notice has expired. No such requests were filed and no objections have been filed to the Application.

5. I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

Dated: December 27, 2018.

Motschenbacher & Blattner LLP

/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Of Attorneys for Mark E. Delong

Page 2 – DECLARATION OF NO OBJECTION
{00226665:1}

**Motschenbacher & Blattner, LLP**
**117 SW Taylor St., Suite 300**
**Portland, OR 97204**
**Phone: (503) 417-0500**
**Fax: (503) 417-0501**

Case 17-34395-pcm11    Doc 196    Filed 12/28/18